Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. <u>11-00059</u> |
| ) | Judge Trauger |
| BOBBY PARKER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

The United States of America hereby moves this Court to dismiss the indictment in this case without prejudice.

Date: March 6, 2012              Respectfully submitted,

                                 JERRY E. MARTIN
                                 United States Attorney
                                 Middle District of Tennessee

                              BY:   s/ B.H. Boucek
                                 BRADEN H. BOUCEK
                                 Assistant U. S. Attorney
                                 110 9th Avenue, South
                                 Suite A-96l
                                 Nashville, Tennessee 37203
                                 (615) 736-5151

-1-